**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| RETIREMENT SYSTEM FOR THE GENERAL EMPLOYEES OF THE UTILITY BOARD OF THE CITY OF KEY WEST, FLORIDA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHREESIA, INC., CHAIM INDIG, and BALAJI GANDHI,<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**CLASS ACTION COMPLAINT FOR**
**VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Plaintiff Retirement System for the General Employees of the Utility Board of the City of Key West, Florida ("Plaintiff" or "Key West Retirement"), by its attorneys, except for its own acts, which are alleged on knowledge, alleges the following based upon the investigation of counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by Phreesia, Inc. ("Phreesia" or the "Company"), as well as securities analyst reports and advisories about the Company, press releases and other public statements issued by the Company, and media reports about the Company. Plaintiff believes that additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

**NATURE OF THE ACTION**

1.      This is a securities class action on behalf of all persons or entities who purchased or otherwise acquired Phreesia common stock between May 28, 2025 through March 30, 2026, inclusive (the "Class Period"), seeking remedies under the Securities Exchange Act of 1934 (the

{FG-W0529813.}

"Exchange Act").  Plaintiff's claims are asserted against Phreesia and certain of the Company's executive officers and directors.

2.    During the Class Period, Defendants disseminated materially misleading information concerning such critical business matters as Phreesia's visibility into key revenue streams, the drivers of Company growth prospects, and anticipated revenue.  At the same time, Defendants failed to disclose material adverse facts pertaining to, *inter alia*, (i) the decline of Phreesia's subscriptions; (ii) the slow-down of the Company's digital advertising growth; (iii) the Company's ever-increasing reliance on acquired payment solutions, in lieu of its legacy payment systems as durable organic drivers of revenue growth; (iv) the loss of visibility into the spending commitments in the Company's Network Solutions segment; and (v) the execution risks around adoption of new business modules.  Such misstatements and omissions caused Plaintiff and other shareholders to purchase Phreesia's securities at artificially inflated prices.

3.    The truth only began to emerge in December of 2025, when Phreesia made a partial disclosure, lowering its outlook for fiscal 2026.  The very next trading day, the Company's stock plummeted by over 23%, with the financial media beginning to raise concerns about Phreesia's growth prospects.  Analysts following the Company, observed that the downward revision reflected the management's "more cautious approach to [N]etwork [S]olutions."  It was also noted in the financial media at the time, that while Phreesia's net income turned positive, its operating income remained negative, indicating that the Company was relying heavily on non-operating items to reach profitability.  A number of downgrades ensued in the months following the December 2025 disclosure, with analysts sounding alarms about the lack of visibility into the Company's long-term growth drivers and other concerns impacting the Company's growth potential.

{FG-W0529813.}

4.      Subsequently, on March 30, 2026, Phreesia announced significantly reduced revenue growth projections for its fiscal year 2027.  Along with this disclosure, the Company finally acknowledged the "worsening visibility" into spending commitments by the pharmaceutical manufacturers within the Network Solutions business.  On this news, the price of Phreesia's common stock nose-dived by 27% and the Company was downgraded by a number of Wall Street firms.

## JURISDICTION AND VENUE

5.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and the rules and regulations promulgated thereunder, including SEC Rule 10b-5, 17 C.F.R. § 240.10b-5.

6.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act, 15 U.S.C. § 78aa.

7.      Venue is proper in this District pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1391(b), as Defendant Phreesia is headquartered in this District, and the acts and transactions constituting the violations of the securities laws alleged herein occurred in substantial part within this District.

8.      In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mail services, interstate telephone communications and the facilities of the national securities markets.

{FG-W0529813.}

**PARTIES**

9.      Plaintiff Key West Retirement purchased Phreesia common stock at artificially inflated prices during the Class Period and has been damaged thereby.  Plaintiff's certification evidencing its transaction(s) in Phreesia is attached hereto.

10.      Defendant Phreesia is a Delaware corporation with its principal executive offices located at 1521 Concord Pike, Suite 301 PMB 221, Wilmington, DE 19803.  During the Class Period, the Company's common stock traded on the New York Stock Exchange (the "NYSE") under the ticker symbol "PHR."

11.      Defendant Chaim Indig ("Indig") was, at all relevant times, the Chief Executive Officer and Director of Phreesia.

12.      Defendant Balaji Gandhi ("Gandhi") was, at all relevant times, the Chief Financial Officer of Phreesia.

13.      Defendants Indig and Gandhi are collectively referred to herein as the "Individual Defendants."

14.      Phreesia and the Individual Defendants are collectively referred to herein as "Defendants."

**CONTROL PERSON ALLEGATIONS**

15.      By reason of the Individual Defendants' positions with the Company as executive officers, the Individual Defendants possessed the power and authority to control the contents of Phreesia's annual and quarterly reports, press releases, and presentations to securities analysts, money and portfolio managers, and institutional investors, *i.e.*, the market.  The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to or shortly after their issuance and had the ability and opportunity to

4

prevent their issuance or cause them to be corrected. Because of their positions with the Company, and their access to material, non-public information available to them, but not to the public, the Individual Defendants knew or recklessly disregarded that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and that the positive representations being made were then materially false and misleading. The Individual Defendants are liable for the false and/or misleading statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### I.     Background

16.    Phreesia provides an integrated software, payments, and engagement platform for the healthcare industry in the United States and Canada. According to the Company's filings with the SEC, Phreesia generates revenue primarily from the following three business segments, described in further detail below: (1) subscription fees and related services; (2) payment solutions fees based on patient payment processing volume and financing fees based on a portfolio of cardholder receivables; and (3) fees from life sciences companies and other organizations for delivering direct communications to patients.

17.    *Subscription and related services*. Phreesia's subscription fees generated from its healthcare services clients are based on the number of these clients that subscribe to and utilize the Company's solutions. Subscription fees are typically auto-debited from healthcare services clients' accounts every month. Additionally, the Company receives certain fees from healthcare services clients for professional services associated with its implementation services, as well as

{FG-W0529813.}

travel and expense reimbursements, shipping and handling fees, leasing and sales of hardware, on-site support and training.

18.    *Payment Solutions*.  Phreesia derives revenue from its payment solutions via (a) patient payment processing fees; and (b) financing fees.

    a.  Payment processing fees are generally calculated as a percentage of the total transaction dollar value processed and/or a fee per transaction.  The remainder of Phreesia's patient payment volume is composed of credit and debit transactions, for which Phreesia acts as a gateway to another payment processor, and cash and check transactions.

    b.  Financing fees primarily consist of finance charges earned on cardholder receivables and fees for servicing cardholder receivables.  Finance charges include interest, late fees and other service charges assessed on patient accounts.  Servicing fees are assessed based on payment balances collected.

19.    *Network Solutions*.  Phreesia generates revenue from life sciences companies and other organizations for delivering direct communications to patients to help engage and educate patients about topics relating to their health.

## II.    Defendants' Material Misrepresentations and Omissions

### A.    May 28, 2025

20.    On May 28, 2025, Defendants announced Phreesia's financial results for the fiscal quarter ended April 30, 2025.  The attendant press release also provided Phreesia's expected fiscal year 2026 revenue outlook, stating that:

> ***We are maintaining our revenue outlook for fiscal 2026.  We expect revenue to be in the range of $472 million to $482 million.***  The revenue range provided for fiscal 2026 assumes no additional revenue from potential future acquisitions completed between now and January 31, 2026.

> *We are updating our Adjusted EBITDA outlook for fiscal 2026 to a range of $85 million to $90 million from a previous range of $78 million to $88 million. The Adjusted EBITDA range provided for fiscal 2026 assumes continued improvements in operating leverage across the Company through a focus on efficiency.*
>
> We are maintaining our expectation for AHSCs to reach approximately 4,500 in fiscal 2026. Additionally, we expect total revenue per AHSC in fiscal 2026 to increase from fiscal 2025.
>
> We believe our $90.9 million in cash and cash equivalents as of April 30, 2025, along with cash generated in our normal operations, gives us sufficient flexibility to reach our fiscal 2026 outlook. Additionally, our available borrowing capacity under our credit facility with Capital One provides us with an additional source of capital to pursue future growth opportunities not incorporated into our fiscal 2026 outlook. As of April 30, 2025 we had no borrowings outstanding under our credit facility.

(Emphasis added).

21.    Defendant Indig, the Chief Executive Officer of Phreesia, was quoted as stating in the May 28, 2025 press release that: "[o]ur fiscal year 2026 is off to a strong start."

22.    Defendant Gandhi, Chief Financial Officer of Phreesia, emphasized the Company's network expansion and reaffirmed its fiscal 2026 revenue outlook on the accompanying earning call:

> Our first quarter results demonstrate our team's focus on growing our network, expanding our offerings and driving operating leverage. *As our cash position continues to grow, we will remain opportunistic and flexible in our approach to deploying cash to profitable growth and value-enhancing opportunities as they arise*. I would like to thank all of my Phreesia teammates for their contributions.
>
> Transitioning *to our financial outlook for fiscal 2026. We are maintaining our revenue outlook for the fiscal year 2026 at a range of $472 million to $482 million. We are updating our adjusted EBITDA outlook for fiscal year 2026 to a range of $85 million to $90 million from a previous range of $78 million to $88 million. That's a $4.5 million increase from the prior guidance midpoint.*

(Emphasis added).

23.    During the question-and-answer segment, Defendants focused on the growth potential of Phreesia's Network Solutions business:

Q: Anne Elizabeth Samuel – JP Morgan – Analyst

…Maybe just starting with network solutions ... you continue to see really, really nice growth there.  I was hoping maybe you could just speak to what your conversations with customers have been like in the current environment. Is there just any hesitancy around decision-making like we've heard from others, realizing that you've been more resilient, I would say, than others ... through some of the prior macro volatility that we've seen.  Just curious to hear any thoughts on how you're thinking about the line in the current environment.

A: Balaji Gandhi

…I think ... this is probably something we've talked about the entire time we've been public.  I mean it's really just a testament to the team we have.  We have a great team from ... all aspects of the life sciences. ***I think the other thing is, if you think about Chaim's opening remarks, us being a product-led company, it really does also start with ... the product development end.  Having those products and then having the network solutions team that can go out and deliver the product and sell it is really what's driving that result.***

\*        \*        \*

Q: Jailendra P. Singh – Truist Securities – Research Analyst

…I want to stay on the macro topic.  You touched on pharma solutions and network solutions business,  but also any thoughts on the providers market?  I mean, clearly, those guys are also immune to all the recent developments.  Keeping that in mind, how have your conversations evolved with these clients over the past couple of months?  Are you capturing any incremental uncertainty in your outlook in any way?

A: Balaji Gandhi

…Again, probably not a whole lot new there.  I mean, really driving the product. And I think Phreesia over its history has always had a focus on trying to build and deliver products that are driving a lot of value.  And that's usually where a lot of the conversations are anchored around.  I don't think things are easier, harder.  I mean it's always been a competitive market.  All the opportunities are competitive for us, and that continues.  But I think the thing we want you to take away is just the products we have and the value they bring. ***And I think you can see it in our results that we're still adding a lot of new clients and generating a lot of revenue off of the existing ones.***

\*        \*        \*

Q: Jessica Elizabeth Tassan – Piper Sandler – Senior Research Analyst

8

So can you maybe talk about just the visibility that your network solutions customers have into ROI, campaign success, how much flexibility they kind of have to titrate up or down campaigns or maybe switch types of media?

A: Chaim Indig

…almost all of our campaigns with life sciences clients have to go through an MLR process or medical legal review.  It is like that for everyone in the industry.  Those get submitted with FDA.  So all of our programs, yes, they can titrate up and down depending on the different streams, and we run thousands of streams of different programs throughout a year.  And we pace them based on both the appropriate patient and the needs of the pharmaceutical or biotech company or life sciences company that we work with.  And often throughout the year, as dollars become available, they'll often titrate them higher.  ***We're more often than not the platform that is the receiver of dollars throughout the year just because of our very strong ROI and our ability to deliver results.  And frankly, the fact that our scale keeps growing.***

\*     \*     \*

Q: Jeffrey Robert Garro – Stephens Inc. – MD & Equity Research Analyst

…Wanted to return to the network solutions business and talk about the seasonality of that business.  Maybe you could remind us what you typically see from Q4 to Q1 in a year and how that played out this year?  Is there any expectation that the rest of the year network solutions revenue plays out at a different seasonality cadence than what you've seen historically?

A: Balaji Gandhi

***…I think the first thing just to make sure we bring up is the visibility we have into the year is the same as it was last year at this time.  I think we wouldn't think about it as seasonality so much as if you think about Chaim's answer to an earlier question around value and how we work with our life sciences clients.  It's really -- there's pacing of certain programs that can cause fluctuations month-to-month or quarter-to-quarter.  And I think that's some of what you see, especially as the numbers get bigger for us and the revenue gets a lot larger.  But no, nothing really to call out beyond that.***

(Emphasis added).

**B.    September 4, 2025**

24.    On September 4, 2025, Phreesia announced its financial results for the fiscal quarter ended July 31, 2025.  In relevant part, Defendants reaffirmed their fiscal 2026 revenue

guidance and announced Phreesia's acquisition of AccessOne Parent Holdings, Inc. ("AccessOne"), stating that:

> *We are maintaining our revenue outlook for fiscal 2026.  We expect revenue to be in the range of $472 million to $482 million.*  The revenue range provided for fiscal 2026 assumes no additional revenue from the AccessOne Acquisition or other potential future acquisitions completed between now and January 31, 2026.
>
> We are updating our Adjusted EBITDA outlook for fiscal 2026 to a range of $87 million to $92 million from a previous range of $85 million to $90 million.  The Adjusted EBITDA range provided for fiscal 2026 assumes continued improvements in operating leverage across the Company through a focus on efficiency and does not take into account the AccessOne Acquisition.
>
> We are maintaining our expectation for AHSCs to reach approximately 4,500 in fiscal 2026.  Additionally, we expect total revenue per AHSC in fiscal 2026 to increase from fiscal 2025.

(Emphasis added).

25.     Defendant Indig was quoted in the press release as stating that:

> *I am proud to share that Phreesia has had many noteworthy developments over the past quarter.  In addition to delivering another solid set of financial results, including achieving our first-ever net income positive quarter, we have expanded our reach and capabilities, positioning us well for the future*.  I am also excited to share that we entered into a definitive agreement to acquire AccessOne, a market leader in providing financing solutions for healthcare receivables.

(Emphasis added).

26.     During the attendant earnings call, Defendant Gandhi touted the expansion of Phreesia's Network Solutions, stating that:

> *We also increased our network solutions TAM by $6 billion as we expect to be able to draw from a larger pool of life sciences marketing dollars as our products become more ubiquitous across our network.  Combined, the expansion of our payments and network solutions addressable market is expected to increase our TAM to approximately $24 billion from approximately $10 billion*.

> *       *       *

> Our second quarter results reflect the continued strength of our operating leverage and revenue growth.  I would like to thank the entire Phreesia team for being able to balance the priorities associated with our mission and values and being good

10

stewards of capital, which helped us to achieve positive net income for the first time in our history.

***Transitioning now to our financial outlook for fiscal 2026. We are maintaining our revenue outlook for fiscal year 2026 at a range of $472 million to $482 million.*** We are updating our adjusted EBITDA outlook for fiscal year 2026 to a range of $87 million to $92 million from a previous range of $85 million to $90 million. That's a $2 million increase at the top and bottom ends of the previous range. We are reiterating our outlook on AHSCs to reach approximately 4,500 in fiscal year 2026 and for total revenue per AHSC to increase in fiscal 2026 compared to fiscal 2025.

(Emphasis added).

27.     During the question-and-answer segment, Defendants reassured investors that Phreesia's Network Solutions was poised for growth:

Q: Jailendra P. Singh – Truist Securities – Research Analyst

Congrats on AccessOne deal, but I want to ask about the Phreesia VoiceAI product you guys launched during the quarter. It seems like a pretty exciting product for both patients and providers. But can you help us better understand how this product will drive opportunities in Network Solutions business because that's where you are increasing the TAM pretty substantially, just given all the incumbent players in SCP Pharma marketing? Just explain to us like what gives you confidence in terms of getting some traction in that market.

A: Balaji Gandhi

***I think as we've talked about really over several years now, we think about the business holistically, these products that we introduced in the market when they benefit providers and benefit patients, there are opportunities that creates more engagement opportunities for our Network Solutions revenue.*** This is just 1 example.

We also want to take the opportunity to explain that sizing and the TAM that's been increased. I don't -- I wouldn't read too much into the timing of the 2 being linked. It's probably something we would have introduced earlier, and we're choosing to do it now.

A: Chaim Indig

***It's growing rapidly, our providers are getting -- the feedback we're getting from this product from the provider network is like nothing I've seen ever before. So we're really excited and that the investments we're making in it, these -- a lot of these are investments we've been making for quite some time, and now we feel***

11

*more comfortable talking about them. As it's really -- this product has been proliferating across the network. We expect to hear more and more applications around VoiceAI in the coming quarters.*

Q: Scott Anthony Schoenhaus – KeyBanc Capital Markets Inc. – MD & Equity Research Analyst

So you reported a healthy 25% growth rate in Network Solutions. AccessOne expands your TAM in life sciences. It seems like just from a quick glance, AccessOne is already embedded in health systems with specialty network groups. Maybe you could just walk through the opportunities on the Network Solutions side. It seems like you've now more touch points with patients in the payment process, multiple points of engagement and maybe you can drive more incremental revenue opportunities in Network Solutions via this acquisition. So just help us walk through those opportunities, please?

A: Balaji Gandhi

So Scott, let me correct you on 1 thing, and hopefully, this is a little clear. ***The -- we see the AccessOne acquisition aligned with the increase in the TAM in our Payment Solutions category, which is about $6 billion. And I would read the whole footnote and back up to the TAM for you, but I think you can go look it up yourself. But really, that's how you should think about AccessOne in terms of the near-term opportunity for us.*** And they were -- I think we talked about in the press release and in the letter, they do have a great footprint and work closely with lots of great partners in the health system space, but also with other types of medical groups.

Q: Richard Collamer Close – Canaccord Genuity Corp. – MD & Senior Analyst

Balaji, I wanted to go back to Jailendra's question on Network Solutions TAM because I guess I just don't understand why VoiceAI specifically drives such a large increase in TAM of like $6 billion. So is there any way you can provide some examples or maybe more thoughts on that TAM growth?

A: Balaji Gandhi

So Richard, first of all, I think you know sort of how we operate. ***We want to be really thoughtful about what we share. There's competitive reasons, et cetera. But I think to the specific question around the TAM. The point I think we're trying to make with Jailendra was that opportunity in the new TAM is big in and of itself. It's not exclusive to the VoiceAI product. We think that could be 1 area that could help us penetrate it, but there will be others that you will hear about. So you're getting sort of the opportunity set first, and I think in our fashion, you'll hear you'll hear more about other ones in the future.***

{FG-W0529813.}

Q: Jeffrey Robert Garro – Stephens Inc. – MD & Equity Research Analyst

I want to make sure we hit Network Solutions and an updated discussion on visibility the rest of the year and progress to date on the upsell season for pharma advertising.

A: Balaji Gandhi

It's still early, Jeff, in that sort of in the calendar. ***But I think things are off to a good start, a long way to go. I think we can say that as we sit here today, we're in a similar place we were last year at this time, the data that we look at.*** And we'll sort of give you updates along the way, and the next 1 will be in December.

Q: Steven James Valiquette – Mizuho Securities USA LLC – MD & Senior Equity Research Analyst

I was just curious, again, with the Network Solutions, as far as the reacceleration of growth there. Is there any color on whether you were going to be able to add more pharma brands or maybe just better revenue per pharma brand? Just curious if you could provide any more color just from that direction as far as that reacceleration or maybe something else altogether, but just curious to hear about more of the drivers of the reacceleration of growth.

A: Balaji Gandhi

Yes. And so let me -- there's sort of 2 pieces to that, Steven. ***So one is, yes, I mean, obviously, our relationships have grown. But there's also just the campaigns that we've sold into the year that we're just pacing throughout the year. And I think that's something that came up in a lot of the follow-ups from last quarter that we expected to see the growth that we saw in the first quarter, and we expected to see the growth we saw in the second quarter. But as we sort of look at these things over the course of the year and why we don't guide on a quarterly basis on that. But I don't think you should -- I don't know if acceleration is really the way to think about it. But the team is performing really well, and feel good about where we are.***

(Emphasis added).

## III.    The Truth Emerges

### A.  Phreesia Makes a Partial Disclosure on December 8, 2025

28.    On December 8, 2025, Phreesia filed a Form 8-K, announcing the Company's financial results for the fiscal quarter ended October 31, 2025. In relevant part, the Company reported as follows:

13

> *We are updating our revenue outlook for fiscal 2026 to a range of $479 million to $481 million from a previous range of $472 million to $482 million.*

(Emphasis added).

29.     That day, the Company's stock closed at $20.12 per share.

30.     The next trading day, December 9, 2025, the Company's stock opened lower at $19.18 per share and closed at $15.43 per share.

31.     The *Motley Fool* published an article on December 9, 2025, entitled "Why Phreesia Stock Plummeted by 23% Today."  The article reported in relevant part that:

> The stock of healthcare provider services specialist Phreesia (NYSE: PHR) wasn't looking all that healthy on Tuesday.  Investors were clearly displeased with the company's latest quarterly earnings release, and they expressed this sentiment by selling their stock.  It fell by more than 23% that trading session.
>
> *            *            *
>
> **Revenue guidance still falls short**
>
> Phreesia also tightened its full-year 2026 guidance.  It now anticipates revenue of $479 million to $481 million, compared to a previous outlook of $472 million to $482 million.  *However, analysts are expecting almost $486 million.*

(Emphasis added).

32.     Another article published on December 9, 2025, by *24/7 Wall St.*, entitled "Phreesia Posts Solid Earnings But Shares Drop Anyway," reported in relevant part that:

> *The market's tepid response likely reflects forward valuation concerns.* Despite unanimous analyst support (17 buy ratings, zero sells, with a $33.69 average price target), Phreesia trades at a forward P /E of 385.  That extreme multiple suggests investors remain skeptical about earnings sustainability, even as the company has now beaten estimates for four consecutive quarters.
>
> The operating margin tells part of the story.  While net income turned positive, *operating income remained negative at $23.9 million*, *indicating the company still relies on non-operating items to reach profitability*.  *The 46.7% negative operating margin on a trailing basis shows significant work remains.*

(Emphasis added).

14

33.     On Saturday, December 13, 2025, *Simply Wall St*. published an article entitled "Phreesia (PHR) Is Down 19.9% After Profit Turnaround But Soft Revenue Outlook – What's Changed."  In relevant part, the article reported that:

> …Phreesia raised its fiscal 2026 revenue outlook and issued fiscal 2027 guidance, **but the updated ranges trailed analyst expectations**, creating a gap between improving results and more cautious forward revenue assumptions.
>
> Against this backdrop of stronger profitability but restrained full-year revenue guidance, we'll examine how Phreesia's outlook revisions may reshape its investment narrative.
>
> **Phreesia Investment Narrative Recap**
>
> To own Phreesia, you have to believe its SaaS and payments platform can keep deepening its role in digitizing patient intake, engagement and payments, lifting revenue per client while sustaining a path to profitability.  The latest quarter's move into the black supports that thesis, but **the tempered fiscal 2026 and 2027 revenue outlooks bring the short term focus back to whether growth can keep pace with expectations, while competitive and regulatory pressures remain key risks**.
>
> The most relevant update is Phreesia's tightened fiscal 2026 revenue guidance of US $479 million to US $481 million, which incorporates US $7.5 million of expected AccessOne revenue.  **This more cautious outlook versus analyst expectations helps explain the sharp share price reaction** and puts extra attention on execution around new modules and client upsells as the next potential driver of sentiment.

(Emphasis added).

34.     The next trading day, on December 15, 2025, the *InsiderMonkey* published an article entitled "Phreesia (PHR) Analyst Model Updated to Reflect Company's Latest Financial Guidance for 2026-2027," reporting, *inter alia*, that on December 10, 2025, Baird, a financial services firm, lowered its price target for Phreesia to $25 from $31.  The article further reported that "Phreesia's FY2026 revenue outlook was adjusted to a range of $479 to $481 million, **which includes a more cautious approach to network solutions due to market fluidity and regulatory uncertainty surrounding direct-to-consumer advertising**."

15

35.     The following month, on January 23, 2026, D.A. Davidson & Co. ("Davidson"), an investment firm, lowered its price target for Phreesia, reducing it to $30 from $35.  This price target adjustment reportedly followed a meeting between Davidson and Defendant Gandhi the week before, where they discussed the Company's long-term growth drivers.  The price target on Phreesia was lowered, in part, to reflect a more cautious outlook regarding the Company's growth potential and end-market demand.

**B.  Phreesia Cuts Its Fiscal 2027 Outlook On March 30, 2026**

36.     On March 30, 2026, Defendants published their fourth quarter and fiscal year 2026 financial results.  In pertinent part, the release announced Defendants were significantly reducing its revenue guidance for fiscal 2027 due to little growth expected in its Network Solutions segment:

**Fiscal 2027 Outlook**

***We are lowering our revenue outlook for fiscal 2027.  We expect revenue to be in the range of $510 million to $520 million from a previous range of $545 million to $559 million.***  As we discussed on our last earnings call in December 2025, we are experiencing shorter visibility into spending commitments by certain pharmaceutical manufacturers.  As we enter fiscal 2027, network solutions clients are committing lower spend levels for the second half of fiscal 2027 than we had anticipated last December.  ***Certain clients are committing fewer dollars due to brand-specific dynamics including the impact of regulatory policies.  Though we do not believe these developments are signaling a structural shift in demand for Phreesia's solutions, there is now more variability in our internal network solutions revenue forecasting, particularly in the second half of each fiscal year***.

(Emphasis added).

37.     During the attendant Fourth Quarter Fiscal 2026 Earnings Conference Call, Defendant Indig noted Phreesia's disappointment with the "challenges" facing the health care industry, and acknowledging the "shorter visibility" of the Company's Network Solutions business, stating that:

***We are growing in a tough market. The health care industry is facing adversity. We are seeing challenges in FDA guidelines, insurance coverage, patient utilization and provider reimbursement.***

16

We believe our emphasis on building products that address access, affordability and outcomes with revenue generation tilted towards financial services and consent-driven patient engagement position us to be an enduring platform. ***Segments of the life sciences industry are facing challenges, and we are seeing this reflected in our shorter visibility into spending commitments from certain pharmaceutical manufacturers in our Network Solutions business.*** This is an external dynamic, not a reflection of Phreesia's competitive position or the underlying demand for what we offer. While we do not believe this reflects a structural shift in demand for what Phreesia offers, it is creating more variability in our financial forecast, and we are reflecting that in our updated fiscal 2027 outlook that Balaji will walk through.

(Emphasis added).

38.     Also on this call, Defendant Gandhi provided reduced guidance for fiscal year 2027

due to weakness and reduced visibility in Phreesia's Network Solutions:

***We are lowering our revenue outlook for fiscal year 2027. We now expect revenue to be in the range of $510 million to $520 million compared to our prior range of $545 million to $559 million. As we discussed in December, we are experiencing shorter visibility into spending commitments by certain pharmaceutical manufacturers.*** Over the past several weeks, we have seen even lower levels of dollars committed by certain Network Solutions clients for the second half of the fiscal year.

***As Chaim mentioned, we do not believe these developments are signaling a structural shift in demand for Phreesia solutions. However, there's now more variability in our Network Solutions revenue forecasting particularly in the second half of each year.*** Our visibility into revenue across other parts of the business is generally consistent with our views in December 2025.

(Emphasis added).

39.     During the question-and-answer segment, Defendant Gandhi further stated with

regard to the Company's growth prospects that:

Q: Daniel R. Grosslight – Citigroup Inc. – Senior Research Analyst

I just want to make sure I'm thinking about that correctly for Network Solutions. And then from a cadence perspective, it sounded like 1Q was actually pretty strong relative to your expectations. So can you just walk us through how we should think about the quarterly cadence of Network Solutions or at least how it's contemplated in your guidance?

17

And then lastly, you've previously ranked the growth of these 3 segments. I think you've previously said it's kind of Network Solutions first, then organic payments and then subscription. I'm just curious if once we get around all of this disruption, how we should be thinking about the growth rate of the 3 segments longer term?

A: Balaji Gandhi

Sure. So we do continue to believe that's how you should [] rank the contribution just on a normalized basis, but *this year is clearly so far shaping up to be a little bit differently.* I think as far as the year-over-year comparisons you did, again, without giving specific line item kind of outlooks here*, I think you should take away that the low end of the total revenue range implies it's going to be down a few points and the high end would imply it's about flat.*

*     *     *

Q: Ryan Michael MacDonald – Needham & Company, LLC – Senior Analyst

Balaji, maybe if you could just clarify, as we think about the flow of network solutions throughout the year, is Network Solutions starting off at a lower base than what you expected in Q1 of fiscal '27? Because you also said -- I guess you said Q1 is going better than expected? Or are we looking at really like sort of the lack of visibility means that Network Solutions revenues are sort of down in second half relative to first half and sort of little impact to the first half expectations?

A: Balaji Gandhi

That's generally we should take away the latter part of what you said, Ryan, but here's the thing. I think we've tried to explain this to you. There's -- it is very complex. There's a lot of different moving parts and data that goes into our ability to reach the right patient with the right message. So there's a lot of pacing involved too. But generally speaking, our view here is it's around the second half of the year, not the first half.

(Emphasis added).

40. The above-discussed press releases and statements made by the Individual Defendants are in direct contrast to statements they made during the press releases and accompanying earnings calls held on May 28, 2025 and September 4, 2025. On those calls, Defendants continually lauded the Company's continued expansion of its Network Solutions business, while downplaying the slowing client demand and reduced visibility in key revenue

18

streams, notably, the weakened pharmaceutical spending commitments in Phreesia's Network Solutions.

41.    On this news, the price of Phreesia's common stock declined from a closing market price of $11.41 per share on March 30, 2026 to $8.38 per share on March 31, 2026, a decline of about 27%.

42.    On March 31, 2026, *Investing.com* published an article entitled "Phreesia sinks 26% after substantial outlook cut; Wallstreet downgrades shares," reporting, *inter alia*, that:

> ***The cut, which management attributed to lower spending commitments from certain pharmaceutical manufacturers*** – particularly in vaccines, GLP-1s and public health – ***represents a deceleration to low-single-digit organic revenue growth, down from the 8-10% previously expected***.

(Emphasis added).

43.    *Investing.com* further reported that:

> Four major Wall Street brokerages downgraded Phreesia on Monday after the healthcare software company slashed its fiscal 2027 outlook, citing weakening demand in its Network Solutions business.

> The cut sent the company's shares tumbling more than 26% in premarket trading Tuesday.

> Baird, Truist Securities, JP Morgan, and Citi all cut their ratings on the Stock to Neutral-equivalent from Buy, and sharply reduced price targes ranging from $10 to $16.

> \*    \*    \*

> Truist Securities analyst Jailendra Singh said ***the move marked a "surprising magnitude of change given that the company previously characterized their preliminary outlook as a 'conservative' starting point***."

> "***With the narrative shifting from a 'Show Me' story to one of 'No Growth Visibility***,' we are downgrading our rating to Hold," Singh wrote.

> In a separate note, ***JP Morgan flagged execution risk around the company's plan to offset lower revenue through cost cuts and AI driven efficiency measures***."

> "While we recognize that PHR is deliberately moderating subscription pricing to optimize retention/adoption and drive downstream monetization in payment

solutions, ***timing of putting more weight on the less certain Network Solutions revenue line appears unfortunate***," analyst Alexei Gogolev said.

Citi analyst Daniel Grosslight said the stock was "likely to be range-bound in the near-term" until there was more clarity on pharma direct-to-consumer ad spend, AI-driven operating leverage and the early-stage AccessOne and HCP advertising businesses.

Meanwhile, ***Baird analyst Joe Vruwink emphasized the magnitude of the cut was "more than we expected, and this likely extends the overhang around the stock amidst other AI/SaaS debates***."

(Emphasis added).

44.    In lowering its price target on Phreesia to $16 from $24, J.P. Morgan noted that "PHR's guide implies higher uncertainty and a worsening outlook for 2HF27E ... we lower PHR rating to Neutral on worsening visibility into pharma DTC budgets and suggest playing the HealthTech space through other opportunities."

45.    Citizens also downgraded Phreesia, noting that "we question the ecosystem thesis as growth appears to be sputtering out across the largest revenue line in subscription and related services… the company is also losing visibility into Network Solutions, which has been the fastest-growing revenue line in recent years, leaving what we view as the relatively less attractive payments line as the main driver of growth."

46.    Furthermore, in the wake of reducing its revenue guidance for the fiscal 2027, Phreesia filed a Form 8-K on May 11, 2026, disclosing that just days earlier, on May 7, 2026, the Company implemented a restructuring plan intended to, *inter alia*, reduce its operating expenses. The disclosure further revealed that the restructuring plan undertaken by Phreesia included the elimination of approximately 220 positions.

47.    Subsequently, on June 15, 2026, *Seeking Alpha* published an article by Jay Capital entitled "Phreesia: Rating Downgrade As Growth Outlook Worsens."  In relevant part, the article reported as follows:

**Summary**

- *Phreesia is downgraded to Hold as* profitability improves, but *growth outlook becomes less compelling*.

- PHR's EBITDA and free cash flow are rising, but *revenue growth is slowing and increasingly reliant on acquired payments*.

- *Subscription revenue is declining, and organic payment solutions growth remains weak despite the AccessOne acquisition*.

- Valuation is historically low; upside depends on evidence of organic growth and successful cross-selling of AccessOne.

Following my coverage on Phreesia last year, where I recommended a buy rating as I believed it had room to keep improving monetization per client, use new products to deepen adoption, and eventually reaccelerate revenue growth, *I am downgrading to a hold rating now*.  The business is more profitable today, but *the growth outlook is now a lot less clean*.

\*        \*        \*

*The problem* with this *is that cost cuts do not fully replace demand*.  Bulls can argue that PHR is becoming a higher-quality business because margins and cash flow are improving.  I agree with that part, but my pushback is that *margin expansion deserves a higher multiple only if the revenue base is growing*.  *If revenue growth stays weak, or if the mix becomes more dependent on acquired payments contribution and variable network-solutions demand, then this is just a company that will eventually have mediocre earnings growth since there is only so much cost PHR can cut*.

**Hard to be confident on growth**

\*        \*        \*

*The issue is the growth mix. While PHR is capturing more revenue per client, subscription and related services revenue still saw a decline in Q1*.  Management's explanation is that PHR is intentionally keeping subscription pricing lower to support retention and adoption while shifting more of the monetization opportunity toward payment solutions and network solutions.  Strategically, that can make sense.  If lower subscription pricing helps PHR capture more value through higher-return channels, the customer lifetime value (CLTV) may still improve.  The math is simple.  A client that pays slightly less for subscription software but processes more payments through PHR can become more valuable over time if payment revenue scales with that volume.  So far, it appears to be that way since PHR saw a 6% increase in total revenue

21

per AHSC.  That suggests *the weaker subscription line is being offset by other revenue streams for now*.

*That said, the payment growth is not as strong as the headline suggests*. Payment solutions revenue grew 40% y/y in Q1, which looks very strong at face value.  However, *33 percentage points of that growth came from AccessOne, meaning legacy PHR payment solutions contributed only 7 points of growth. In other words, most of the payment growth came from the acquisition, not from the existing PHR platform. That delta should not be ignored because the bull case needs payments to become a stronger organic growth engine*. Management did introduce a new metric: total managed payments of $1.786 billion, and disclosed a payment solutions revenue rate of 2.3%. That should help investors better model going forward, but *for now, I think the data does not prove that legacy PHR payments are scaling fast enough to offset subscription pressure*. It doesn't matter what the revenue rate and total managed payments are if this entire payment piece is just going to be a high-single-digit growth.  This means that PHR will never go back to the >20% growth rate ever. What I would prefer to see is PHR successfully cross-selling AccessOne into the existing provider base, and if they can do that, then we get a nice anchor to PHR's growth reacceleration story.

*Finally, it is also tough to really be bullish on the growth outlook since management's FY27 revenue outlook does not point to an acceleration*. They reiterated guidance of $510 million - $520 million, including ~$37 million from AccessOne and no additional revenue from future acquisitions.  They also reiterated expectations for mid-single-digit AHSC growth and low-single-digit total revenue per AHSC growth.  *In other words, PHR is expected to be a high-single-digits grower, a deceleration from FY26 mid-teens*.

(Emphasis added).

## ADDITIONAL SCIENTER ALLEGATIONS

48.    As alleged herein, during the Class Period, Defendants acted with scienter in that they knew, should have known, or otherwise were deliberately reckless in not knowing that the public statements disseminated on behalf of Phreesia were materially false and misleading at the time they were made.  Defendants had actual knowledge of, or access to, non-public information that, *inter alia*, (i) the Company's subscription revenue was declining; (ii) the Company's digital advertising growth was slowing down; (iii) the Company's organic payment solutions growth remained weak; (iv) the Company's revenue growth was becoming increasingly reliant on acquired payments, rather than being generated from the existing payment solutions; (v) the

22

Company's client demand in its Network Solutions segment was decreasing, and the Company lacked clear visibility into spending commitments by a number of pharmaceutical manufacturers; and (vi) significant execution risks remained in connection with the Company's adoption of new business modules.

49.    Despite the above, Defendants repeatedly and affirmatively represented to investors that Phreesia was well positioned to implement and capitalize upon its growth initiatives to reach the Company's fiscal year 2027 guidance target. Defendants further repeatedly claimed that continued expansion of its Network Solutions segment, combined with increasing pharmaceutical spending commitments, would drive revenue growth and overall profitability.

50.    Defendants' scienter was further evidenced by their repeated claims of confidence that Phreesia would sustain its growth trajectory and achieve its stated fiscal year 2027 guidance, including expansion of its Network Solutions business, despite ultimately disclosing reduced visibility in future spending from its pharmaceutical customers and reducing its fiscal year 2027 guidance.

51.    Defendants, particularly the Company's Chief Executive Officer and Chief Financial Officer, were intimately involved in, and responsible for, evaluating and communicating Phreesia's long-term growth drivers, business prospects, and visibility into key income streams, such as that those in the Network Solutions segment, one of the three core components of the Company's business.  Given the importance of the Network Solutions' revenue to the Company's operations and growth prospects, Defendants knew of or recklessly disregarded the fact that the Company was losing critical visibility into spending commitments by pharmaceutical manufacturers during the Class Period, and that client demand in Network Solutions was in fact

23

declining at the relevant time, along with the decline in the Company's subscriptions and the persistent weakness in its organic payment solutions growth.

## LOSS CAUSATION

52.     During the Class Period, as detailed herein, Defendants made false and misleading statements and engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of Phreesia's common stock and operated as a fraud or deceit on Class Period purchasers of Phreesia's common stock by materially misleading the investing public.  Later, when Defendants' prior misrepresentations and fraudulent conduct became apparent to the market, the price of Phreesia's common stock fell precipitously, as the prior artificial inflation came out of the price over time. As a result of their purchases of Phreesia's common stock during the Class Period, Plaintiff and other members of the Class suffered economic loss, *i.e.*, damages, under the federal securities laws.

## APPLICATION OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE

53.     Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things:

(a)     Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b)     The omissions and misrepresentations were material;

(c)     The Company's common stock traded in an efficient market;

(d)     The misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

24

(e)    Plaintiff and the other members of the Class purchased or acquired Phreesia's common stock between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

54.    At all relevant times, the market for Phreesia's common stock was an efficient market for the following reasons, among others:

(a)    Phreesia's common stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b)    Phreesia filed periodic public reports with the SEC and the NYSE;

(c)    Phreesia regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)    Phreesia was followed by numerous securities analysts employed by major brokerage firms.

55.    As a result of the foregoing, the market for Phreesia's common stock promptly digested current information regarding Phreesia from all publicly available sources and reflected such information in the prices of the common stock.  Under these circumstances, all purchasers of Phreesia's common stock during the Class Period suffered similar injury through their purchase of Phreesia's common stock at artificially inflated prices and a presumption of reliance applies.

56.    Further, to the extent that Defendants concealed or improperly failed to disclose material facts with regard to the Company and its operations, Plaintiff is entitled to a presumption of reliance in accordance with *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972).

{FG-W0529813.}

## NO SAFE HARBOR

57.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein relate to then-existing facts and conditions.    In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Phreesia who knew that the statement was false when made.

## CLASS ACTION ALLEGATIONS

58.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons who purchased or otherwise acquired Phreesia's common stock during the Class Period (the "Class").  Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

59.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Phreesia's common stock were actively traded on the

{FG-W0529813.}

NYSE.  While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class maybe identified from records maintained by Phreesia or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.  As of March 25, 2026, there were 60.7 million shares of the Company's common stock outstanding.  Upon information and belief, these shares are held by thousands, if not millions, of individuals located throughout the country and possibly the world.  Joinder would be highly impracticable.

60.    There is a well-defined community of interest in the questions of law and fact involved in this case.  Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members, including:

(a)    whether the Exchange Act was violated by Defendants;

(b)    whether Defendants omitted and/or misrepresented material facts in their publicly disseminated reports, press releases, and statements during the Class Period;

(c)    whether Defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)    whether Defendants participated and pursued the fraudulent scheme or course of business complained of herein;

(e)    whether Defendants acted willfully, with knowledge or recklessly in omitting and/or misrepresenting material facts;

(f)     whether the price of Phreesia's common stock was artificially inflated during the Class Period as a result of the material nondisclosures and/or misrepresentations complained of herein; and

(g)     whether the members of the Class have sustained damages as a result of the decline in value of Phreesia's common stock when the truth was revealed, and if so, what is the appropriate measure of damages.

61.     Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct in a substantially identical manner.

62.     Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation.  Plaintiff has no interests which conflict with those of the Class.

63.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

## CLAIMS FOR RELIEF

### COUNT I
### Violation of Section 10(b) of
### the Exchange Act and SEC Rule 10b-5(a),
### (b), and (c) (Against All Defendants)

64.     Plaintiff incorporates by reference each and every preceding paragraph as though fully set forth herein.

65.     This Count is asserted by Plaintiff on behalf of itself and the other members of the Class against all the Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5(a)-(c), 17 C.F.R. C 240.10b-5(a)-(c), promulgated thereunder.

66.     During the Class Period, Defendants carried out a plan, scheme, and course of conduct that was intended to and, throughout the Class Period, did: (i) deceive the investing public,

28

{FG-W0529813.}

including Plaintiff and the other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Phreesia's common stock; and (iii) cause Plaintiff and the other members of the Class to purchase or otherwise acquire Phreesia's common stock at artificially inflated prices.    In furtherance of this unlawful scheme, plan, and course of conduct, the Defendants, and each of them, took the actions set forth herein.

67.    Defendants, by the use of means and instrumentalities of interstate commerce:(i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements made not misleading; and (iii) engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the purchasers and acquirers of the Company's common stock in an effort to maintain artificially high market prices for Phreesia's  common stock in violation of Section 10(b) of the Exchange Act and Rule 10-5.

68.    As a result of their making and/or their substantial participation in the creation of affirmative statements and reports to the investing public, Defendants had a duty to promptly disseminate truthful information that would be material to investors in compliance with the integrated disclosure provisions of the SEC, as embodied in SEC Regulation S-K (17 C.F.R. § 229.10, et seq.) and other SEC regulations, including accurate and truthful information with respect to the Company's operations and performance so that the market prices of the Company's publicly traded common stock would be based on truthful, complete, and accurate information.  Defendants' material misrepresentations and omissions as set forth herein violated that duty.

69.    Defendants engaged in the fraudulent activity described above knowingly and intentionally or in such a reckless manner as to constitute willful deceit and fraud upon Plaintiff

and the Class.  Defendants knowingly or recklessly caused their reports and statements to contain misstatements and omissions of material fact as alleged herein.

70.    As a result of Defendants' fraudulent activity, the market price of Phreesia's common stock was artificially inflated during the Class Period.

71.    In ignorance of the true financial condition of Phreesia, Plaintiff and other members of the Class, relying on the integrity of the market and/or on the statements and reports of Phreesia containing the misleading information, purchased or otherwise acquired Phreesia's common stock at artificially inflated prices during the Class Period.

72.    Plaintiff and the other members of the Class's losses were proximately caused by Defendants' active and primary participation in Phreesia's scheme, acts, practices, and course of business to defraud or operate as a fraud upon the investing public by, among other things, failing to fully and accurately disclose to investors adverse material information regarding the Company. Plaintiff and other members of the Class purchased Phreesia's stock in reliance on the integrity of the market price of that common stock, and Defendants manipulated the price of Phreesia's common stock through their misconduct as described herein.  Plaintiff's and the other members of the Class's losses were a direct and foreseeable consequence of Defendants' concealment of the true financial condition of Phreesia.

73.    Throughout the Class Period, Defendants were aware of material non-public information concerning Phreesia's fraudulent conduct (including the false and misleading statements and omissions described herein).  Throughout the Class Period, Defendants willfully and knowingly concealed this adverse information, and Plaintiff's and the other members of the Class's losses were the foreseeable consequence of Defendants' concealment of this information.

30

74. As a direct and proximate cause of the Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of Phreesia's common stock during the Class Period.

**COUNT II**
**Violation of Section 20(a) of the Exchange**
**Act (Against the Individual Defendants)**

75. Plaintiff incorporates by reference and realleges each and every allegation above as though fully set forth herein.

76. During the Class Period, the Individual Defendants were privy to non-public information concerning the Company and its business and operations via access to internal corporate documents, conversations and connections with other corporate officers and employees, attendance at management and Board of Directors meetings and committees thereof and via reports and other information provided to them in connection therewith. Because of their possession of such information, the Individual Defendants knew or recklessly disregarded the fact that adverse facts specified herein had been mitigated and not disclosed to, and were being concealed from, the investing public. Plaintiff and other members of the Class had no access to such information, which was, and remains, solely under the control of the Defendants.

77. The Individual Defendants were involved in drafting, producing, reviewing and/or disseminating the materially false and misleading statements complained of herein. The Individual Defendants were aware (or recklessly disregarded) that materially false and misleading statements were being issued by the Company and nevertheless approved, ratified and/or failed to correct those statements, in violation of federal securities laws. Throughout the Class Period, the Individual Defendants were able to, and did, control the contents of the Company's SEC filings, reports, press releases, and other public statements. The Individual Defendants were provided with

31

copies of, reviewed and approved, and/or signed such filings, reports, releases and other statements prior to or shortly after their issuance and had the ability or opportunity to prevent their issuance or to cause them to be corrected.

78.     The Individual Defendants also were able to, and did, directly or indirectly, control the conduct of Phreesa's business, the information contained in its filings with the SEC, and its public statements.   Moreover, the Individual Defendants made or directed the making of affirmative statements to securities analysts and the investing public at large, and participated in meetings and discussions concerning such statements.   Because of their positions and access to material non-public information available to them but not the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations that were being made were false and misleading.   As a result, the Individual Defendants are responsible for the accuracy of Phreesia's corporate releases detailed herein and are therefore responsible and liable for the misrepresentations and omissions contained herein.

79.     The Individual Defendants acted as controlling persons of Phreesia within the meaning of Section 20(a) of the Exchange Act.   By reason of their positions with the Company, the Individual Defendants had the power and authority to cause Phreesia to engage in the wrongful conduct complained of herein.   The Individual Defendants controlled Phreesia and all of its employees.   As alleged above, Phreesia is a primary violator of Section 10(b) of the Exchange Act and SEC Rule 10b-5.   By reason of their conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

80.     As a direct and proximate result of the wrongful conduct of Phreesia and the Individual Defendants, Plaintiff and the other members of the Class suffered damages in

{FG-W0529813.}

connection with their respective purchases and sales of the Company's common stock during the Class Period.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment as follows:

(A)    Declaring this action to be a proper class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying Plaintiff as a representative of the Class, certifying Abraham, Fruchter & Twersky, LLP as Class Counsel, and certifying Friedlander & Gorris P.A. as local counsel for the Class;

(B)    Awarding Plaintiff and the other members of the Class damages against all Defendants, jointly and severally, including interest thereon;

(C)    Awarding Plaintiff and the other members of the Class their reasonable costs and expenses incurred in this action, including attorneys' fees and expert fees; and

(D)    Awarding such other or further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

DATED: July 13, 2026                    Respectfully submitted,

                                        **FRIEDLANDER & GORRIS P.A.**

                                        */s/ Christopher M. Foulds*
                                        Christopher M. Foulds (Bar No. 5169)
                                        1201 N. Market Street, Suite 220
                                        Wilmington, DE 19801
                                        (302) 573-3500
                                        cfoulds@friedlandergorris.com

                                        *Local Counsel for the General Employees of the*
                                        *Utility Board of the City of Key West, Florida and*
                                        *[Proposed] Local Counsel for the Class*

33

{FG-W0529813.}

**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**

Mitchell M.Z. Twersky (*Pro Hac Vice* forthcoming)
Atara Twersky (*Pro Hac Vice* forthcoming)
Lawrence D. Levit (*Pro Hac Vice* forthcoming)
Tanya Korkhov (*Pro Hac Vice* forthcoming)
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050
MTwersky@aftlaw.com
ATwersky@aftlaw.com
LLevit@aftlaw.com
TKorkhov@aftlaw.com

*Counsel for the Retirement System for the General Employees of the Utility Board of the City of Key West, Florida and [Proposed] Lead Counsel for the Class*

34

{FG-W0529813.}